ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KEVIN M. LALLY (California State Bar No. 226402)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2170
     Facsimile: (213) 894-3713
     E-Mail:    Kevin.Lally@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR: <u>06-599-CAS</u> |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| v. | ) | |
| RUBEN CASTRO, et al., | ) | |
| Defendants. | ) | |

IT IS SO ORDERED that, for the reasons set forth in the joint request of the parties, the hearing on defendant Juan Alvarez's motions for severance and suppression of evidence seized from his car and home is continued to August 30, 2010 at 1:30 p.m.

Dated: July 29, 2010

_Christina A. Snyder_
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE